Submitted on record and briefs November 5, 1999, affirmed November 15, 2000

MICHAEL WALDROP,
*Appellant,*

*v.*

Robert LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(98-04-29669M; CA A104651)

14 P3d 647

Bob Pangburn filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Kathleen Cegla, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, Deits, Chief Judge, and Armstrong, Judge.

PER CURIAM

**PER CURIAM**

Petitioner appeals from the denial of his petition for post-conviction relief. We reject without discussion his claim that the court erred in concluding that he had not received ineffective assistance of trial counsel in the underlying criminal case.

Petitioner also contends that the trial court failed to make appropriate findings to support its decision to require him to repay the cost of his court-appointed counsel in the post-conviction proceeding. We reject that argument on the ground that it was not preserved. *Bacote v. Johnson*, 169 Or App 46, 7 P3d 729 (2000).

Affirmed.